1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412

JENNER & BLOCK LLP

November 15, 2023

John N. Estes III
Tel +1 202 639 5349
JEstes@jenner.com

Mark J. Langer
Clerk of the Court
United States Court of Appeals for the
    District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    **Re:** *NextEra Energy Resources, LLC, et al. v. FERC*
          **Nos. 23-1094, 23-1215**
          **Notice of Unavailability for Oral Argument**

Dear Mr. Langer:

    Jenner & Block LLP represents petitioners NextEra Energy Resources, LLC and NextEra Energy Seabrook, LLC in the above-captioned appeals. We write to apprise the Court of our availability for oral argument. Counsel will be unavailable for oral argument on January 11-12, 2024; January 22-26, 2024; February 2, 2024; April 5, 2024; April 8, 2024; April 11-12, 2024; April 15-19, 2024; April 22-26, 2024; April 29-May 1, 2024; and June 12-26, 2024.

    We appreciate the Court's consideration and will update the Court should our availability for oral argument change.

                                    Respectfully Submitted,

                                    */s/ John N. Estes III*
                                    John N. Estes III
                                    Matthew E. Price
                                    JENNER & BLOCK LLP

Cc: All Counsel of Record (via CM/ECF)